No. 10–5748.  SHEEHAN *v.* THALER, DIRECTOR, TEXAS DE-
PARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS
DIVISION, *ante,* p. 966;
   No. 10–5915.  IN RE LUCIOUS, *ante,* p. 825;
   No. 10–6102.  SETTLE *v.* BELL, WARDEN, *ante,* p. 970; and
   No. 10–6368.  COULOMBE *v.* CITY OF OXNARD, CALIFORNIA,
ET AL., *ante,* p. 1014.  Petitions for rehearing denied.

No. 10–5109.  KUMVACHIRAPITAG *v.* MICROSOFT CORP. ET AL.,
*ante,* p. 953.  Petition for rehearing denied.  THE CHIEF JUSTICE
and JUSTICE BREYER took no part in the consideration or decision
of this petition.

No. 10–5385.  STEVENS *v.* UNITED STATES, *ante,* p. 954.  Peti-
tion for rehearing denied.  JUSTICE SOTOMAYOR took no part in
the consideration or decision of this petition.

No. 10–5786.  FALLS *v.* UNITED STATES, *ante,* p. 937.  Petition
for rehearing denied.  JUSTICE KAGAN took no part in the consid-
eration or decision of this petition.

DECEMBER 10, 2010

No. 09–993.  PLIVA, INC., ET AL. *v.* MENSING.  C. A. 8th Cir.;
   No. 09–1039.  ACTAVIS ELIZABETH, LLC *v.* MENSING.  C. A.
8th Cir.; and
   No. 09–1501.  ACTAVIS, INC. *v.* DEMAHY.  C. A. 5th Cir.  Cer-
tiorari granted, cases consolidated, and a total of one hour is
allotted for oral argument.

No. 10–313.  TALK AMERICA, INC. *v.* MICHIGAN BELL TELE-
PHONE CO., DBA AT&T MICHIGAN; and
   No. 10–329.  ISIOGU ET AL. *v.* MICHIGAN BELL TELEPHONE
CO., DBA AT&T MICHIGAN.  C. A. 6th Cir.  Certiorari granted,
cases consolidated, and a total of one hour is allotted for oral
argument.  JUSTICE KAGAN took no part in the consideration or
decision of these petitions.

No. 10–5400.  TAPIA *v.* UNITED STATES.  C. A. 9th Cir.  Mo-
tion of petitioner for leave to proceed *in forma pauperis* granted.
Certiorari granted.